Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

05 APR 23

SCOTT A. EL...
CLERK, U.S. O.
W.D. OF TN, MEMPHIS

# United States District Court

## FOR THE

### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

Bobby Allen, Sr.

Crim. No.  01-20054-01 and 01-20317-01

On  August 22, 2002, the above named was placed on Supervised Release  for a period of three (3) years. He has complied with the rules and regulations of supervision and is no longer in need of supervision.  It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Nicole D. Peterson
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this  25th  day of April , 2005.

United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05

124

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in
case 2:01-CR-20317 was distributed by fax, mail, or direct printing on
April 27, 2005 to the parties listed.

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT